**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

FREDRICK NORRIS																						PLAINTIFF
ADC #095167

V.									NO: 2:12CV00041 KGB/HDY

LARRY MAY *et al.*																					DEFENDANTS

## ORDER

On July 13, 2012, Plaintiff filed a motion to compel responses to his requests for production of documents. Defendants filed a response in opposition (docket entry #25), noting that Plaintiff's requests were filed on July 13, 2012 (docket entry #22), and the response time for those requests has not yet run. Defendants also note that an earlier discovery request was filed before the complaint had been served on them (docket entry #4), and that the requests were not properly served on them. Accordingly, Plaintiff's motion (docket entry #21) is DENIED. However, Defendants should respond to all of Plaintiff's discovery requests pursuant to the Federal Rules of Civil Procedure.

IT IS SO ORDERED this   31   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE