IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**FREDRICK NORRIS**  **PLAINTIFF**
ADC #095167

v.      No. 2:12-cv-00041 KGB/HDY

**LARRY MAY** *et al.*      **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for summary judgment (Dkt. No. 35) is DENIED.

DATED this 19 day of November, 2012.

Kristine G. Baker
United States District Judge