IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**FREDRICK NORRIS**                                                                                            **PLAINTIFF**
ADC #095167

v.                                         Case No. 2:12-cv-00041 KGB

**LARRY MAY, et al.**                                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 70) and the objections filed by Mr. Norris (Dkt. No. 71). After carefully considering Mr. Norris's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is dismissed with prejudice for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 15th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE