IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**FREDRICK NORRIS**  **PLAINTIFF**
**ADC #095167**

v.  **Case No. 2:12-cv-00041 KGB**

**LARRY MAY, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE